# UNITED STATES DISTRICT COURT

## District of New Jersey

Chambers of
**William H. Walls**
District Judge

(973) 645-2564
(973) 645-3436 Fax

Martin Luther King Jr.
Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

NOT FOR PUBLICATION

LETTER ORDER

ORIGINAL ON FILE WITH CLERK OF COURT

March 13, 2012

**Appearances:**

Eugene Seabrookes
#437851/SBI6353818
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625

Andrew Carey
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102

Re: United States v. Eugene Seabrookes; Crim. No. 97-0485(WHW)
Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)

Dear Mr. Seabrookes:

On October 15, 1998, Judge Maryanne Trump Barry sentenced you to life imprisonment for possession with intent to distribute more than 50 grams of cocaine base in violation of 21 U.S.C. § 841(a)(1). The applicable guideline range 10 years to life.

Under 18 U.S.C. § 3582(c) and U.S.S.G. § 1B1.10, defendants are eligible for a sentence reduction if the retroactive application of the new crack guidelines lowers the applicable guideline range. You were held responsible for at least 25 kilograms of cocaine base. Based on this quantity, your offense level would remain the same under the Fair Sentencing Act and would not change the guideline range. You are not eligible for a sentence reduction under 18 U.S.C. § 3582(c).

**CONCLUSION**

It is on this 13 day of March, ~~2011~~ 2012,

ORDERED that Eugene Seabrookes's Motion for Reduction of Sentence is DENIED.

<u>s/William H. Walls</u>
United States District Judge